No. 3061. Ramos, Apelante, *v.* Márquez, Apelada.— Corte de Distrito de Humacao. Resuelto en mayo 24, 1923. Apareciendo que el memorándum de costas fué aprobado en 13 de marzo último y la parte condenada al pago apeló con fecha 23 de marzo, obteniendo el 3 de abril siguiente una prórroga de 30 días para preparar la exposición del caso sin que la hiciera, habiendo transcurrido con exceso el término de ley para elevar la transcripción de los autos, sin que el apelante haya cumplido con dicho requisito, se declara con lugar la moción de la apelada y se desestima la apelación.

No. 2050. El Pueblo, Apelado, *v.* García, Apelante.— Corte de Distrito de Ponce. Resuelto en mayo 24, 1923. Hurto menor. Examinados los alegatos y estando conforme el Fiscal con la alegación del apelante de ocurrir manifiesto error en la apreciación de la prueba por parte de la corte sentenciadora y por los fundamentos de los casos de *El Pueblo* v. *Villegas,* 25 D. P. R. 875, y *El Pueblo* v. *Laureano,* 20 D. P. R. 8, se revoca la sentencia y absuelve al acusado.

No. 2042. El Pueblo, Apelado, *v.* Medina, Apelante.— Corte de Distrito de Aguadilla. Infracción al artículo 1 del Reglamento de Sanidad No. 29. Resuelto en mayo 24, 1923. Habiéndose adherido al recurso el Fiscal por escrito y oralmente, por haber errado la corte de modo manifiesto en la apreciación de la prueba, el tribunal ha encontrado que la prueba es insuficiente; se revoca la sentencia y absuelve al acusado.

No. 2057. El Pueblo, Apelado, *v.* González, Apelante.— Corte de Distrito de Humacao. Resuelto en mayo 24, 1923. Habiéndose celebrado la vista con la sola asistencia del fiscal y no habiendo el acusado radicado alegato alguno en apoyo del recurso, se desestima la apelación.